**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREH KNARAKI ASSADOURIAN,<br><br>               Petitioner,<br><br>     v.<br><br>SECRETARY OF HOMELAND SECURITY, et al.,<br><br>               Respondents. | Case No. 5:26-cv-02184-FMO-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered granting the Petition; (2) a writ of habeas corpus be issued requiring Petitioner's immediate release, subject to the same terms and conditions as his prior OSUP, and preventing Respondents from re-detaining Petitioner without the notice and an opportunity to be heard required by 8 C.F.R. § 241.13; (3) Petitioner's

application for a Temporary Restraining Order and Preliminary Injunction (Dkt. 2) is denied as moot; and (4) Respondents are required to file a status report within seven (7) to confirm that Petitioner has been released.

Dated: May 8, 2026

_____/s/_____

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE