JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANDREH KNARAKI ASSADOURIAN,<br><br>    Petitioner,<br><br>  v.<br><br>SECRETARY OF HOMELAND SECURITY, et al.,<br><br>    Respondents. | Case No. 5:26-cv-02184-FMO-MBK<br><br>JUDGMENT |

  IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: May 8, 2026

             _____/s/_____
             HON. FERNANDO M. OLGUIN
             UNITED STATES DISTRICT JUDGE